
Case 3:05-cv-03971-JL  Document 6  Filed 01/18/06  Page 1 of 6
Case 2:05-cv-05802-WHW-SDW  Document 1  Filed 12/13/2005  Page 1 of 4

**A CERTIFIED TRUE COPY**

DEC - 9 2005

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 2 3 2005

FILED
CLERK'S OFFICE

**DOCKET NO. 1550**

C 05-3971 JL

FILED JAN 18 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE IDT CORP. CALLING CARD TERMS LITIGATION

*Patrick Onyeige, et al. v. Union Telecard Alliance, LLC,* N.D. California, C.A. No. 3:05-3971

### CONDITIONAL TRANSFER ORDER (CTO-2)

On August 21, 2003, the Panel transferred one civil action to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, one additional action has been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable William H. Walls.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of New Jersey and assigned to Judge Walls.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of August 21, 2003, 278 F.Supp.2d. 1381 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William H. Walls.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 9 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office

ATTEST:
WILLIAM T. WALSH, Clerk
United States District Court
District of New Jersey

By *John Icklan*
Deputy Clerk

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 2 3 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1550

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE IDT CORP. CALLING CARD TERMS LITIGATION

*Patrick Onyeige, et al. v. Union Telecard Alliance, LLC*, N.D. California, C.A. No. 3:05-3971

## CONDITIONAL TRANSFER ORDER (CTO-2)

On August 21, 2003, the Panel transferred one civil action to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, one additional action has been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable William H. Walls.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of New Jersey and assigned to Judge Walls.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of August 21, 2003, 278 F.Supp.2d 1381 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William H. Walls.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC - 9 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

December 9, 2005

William T. Walsh, Clerk
Martin Luther King, Jr. Fed.
Bldg. & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

**RECEIVED**
DEC 1 2005
AT 8:30
WILLIAM T. WALSH, CLERK

Re: MDL-1550 -- In re IDT Corp. Calling Card Terms Litigation

*Patrick Onyeige, et al. v. Union Telecard Alliance, LLC*, N.D. California, C.A. No. 3:05-3971

Dear Mr. Walsh:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on November 23, 2005. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By Mecca S. Carter
Deputy Clerk

Attachment

cc: Transferee Judge: Judge William H. Walls
    Transferor Judge: Judge James L. Larson
    Transferor Clerk: Richard W. Wieking

JPML Form 36

## INVOLVED COUNSEL LIST (CTO-2)
## DOCKET NO. 1550
## IN RE IDT CORP. CALLING CARD TERMS LITIGATION

Clyde H. Charlton
Scott Cole & Associates, APC
1970 Broadway
Suite 950
Oakland, CA 94612

Daniel Etoh
Amamgbo & Associates, PLC
1940 Embarcadero
Oakland, CA 94606

Elissa J. Germaine
Latham & Watkins, LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-2562

Elissa Glasband
Latham & Watkins, LLP
One Newark Center
16th Floor
Newark, NJ 07101

| | | |
|---|---|---|
| William T. Walsh<br>Clerk | **UNITED STATES DISTRICT COURT**<br>**MARTIN LUTHER KING, JR.**<br>**FEDERAL BLD & U.S. COURTHOUSE**<br>**50 WALNUT STREET**<br>**P.O. BOX 419**<br>**NEWARK, N.J. 07101-0419**<br><br>(973) 645-4555 | CAMDEN OFFICE<br>USPO & Courthouse<br>401 Market Street<br>Camden, N.J. 08101<br><br>TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603 |

**Robert W. Wieking, Clerk of Court**
**U.S.D.C. for the Northern District of CA**
**450 Golden Gate Ave. 16th Floor**
**San Francisco, CA 94102**

Date: December 21, 2005

**RECEIVED**
**JAN 1 3 2006**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re:  MDL -1550 – In re IDT Corp. Calling Card Terms Litigation
Northern District of California C.A. No. 3:05-3971

Patrick Onyeige, et al.
vs .
Union Telecard Alliance, LLC

District of New Jersey Civil Action No. 2:05-5802 (WHW)

Dear Clerk:

Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring the above-entitled action presently pending in your Court to the District of New Jersey and assigned to the Honorable William H. Walls, USDC for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407.

Please return the copy of this letter when transmitting your file and certified copy of the docket sheet.

Very truly yours,

WILLIAM T. WALSH, Clerk

By: *[signature]*

John Icklan, Deputy Clerk

Enc.

cc: Hon. Michael J. Beck
    Clerk, Judicial Panel on Multidistrict Litigation

United States District Court
District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101
973-645-4555

IN RE: MDL-1550 – In re IDT Corp. Calling Card Terms Litigation

|  |  |  |
|---|---|---|
|  | : | Civil Action No. 05-5802 (WHW) |
| Patrick Onyeige, et al. plaintiff | : |  |
|  | : |  |
| vs. |  | **NOTICE OF ALLOCATION** |
|  | : | **AND ASSIGNMENT** |
| Union Telecard Alliance, LLC defendant | : |  |

(Northern District of California No. 3:05-3971)

Pursuant to Rule 40.1 of the Local Rules of this Court, I have allocated this matter to NEWARK.

Please file all pleadings and make all motions returnable thereto.

This action has been assigned to the Hon. William H. Walls, U.S.D.J.. for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

WILLIAM T. WALSH, Clerk

By: /s/ John Icklan

John Icklan, Deputy Clerk

Date: 12/21/05