Scott Edward Cole, Esq. (S.B. # 160744)
Matthew R. Bainer, Esq. (S.B. #220972)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile: (510) 891-7030
web: www.scalaw.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| PATRICK ONYEIGE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNION TELECARD ALLIANCE, LLC,<br><br>Defendant. | **Case No.: C 05-3971 JL**<br><br>**CLASS ACTION**<br><br>**REPRESENTATIVE PLAINTIFF PATRICK ONYEIGE'S REQUEST FOR VOLUNTARY DISMISSAL** |

Pursuant to the Order of the Judicial Panel on Multidistrict Litigation (Dckt. # 6 at 1), the above-entitled action was transferred to the United States District Court in and for the District of New Jersey for coordinated or consolidated proceedings under 28 U.S.C. § 1407. Whereas the Honorable Susan D. Wigenton granted Plaintiffs' Motion for Final Approval of Class Action Settlement and Final Judgment and Order of Dismissal with Prejudice (the "Order"), (Dckt. # 91 at 5, ¶ F), filed on May 15, 2007, and in accordance with the parties' Class Settlement and Release (the "Settlement" at p. 5, ¶ 2), entered into on or around August 7, 2006, Plaintiff Onyeige hereby requests that this Court grant voluntary dismissal of the above-entitled action under Rule 41(a)(2) of the Federal Rules of Civil Procedure.

1 Dated: January 15, 2008

**SCOTT COLE & ASSOCIATES, APC**

By: /s/ Scott E. Cole, Esq.
Scott E. Cole, Esq.
Attorneys for the Representative Plaintiff
and the Plaintiff Class

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WACHOVIA TOWER
1970 BROADWAY, NINTH FLOOR
OAKLAND, CA 94612
TEL: (510) 891-9800